IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FRELANDRA WOMACK                                                    PLAINTIFF

v.                              Case No. 6:26-cv-6045

CIRCUIT JUDGE MARGARET DOBSON                                      DEFENDANT

## **ORDER**

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 15.  Judge Ford recommends that Plaintiff's Amended Complaint (ECF No. 9) be dismissed without prejudice because the claims against Defendant are barred by judicial immunity.  Plaintiff has not objected to the R&R, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Cour adopts the R&R (ECF No. 15) in toto.  Accordingly, Plaintiff's Amended Complaint (ECF No. 9) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge